```
                         United States Bankruptcy Court
                          Northern District of Alabama
```

In re:                                                          Case No. 18-80680-CRJ
Kimberly Johnson                                                Chapter 13
         Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 1126-8          User: kvernetti         Page 1 of 1           Date Rcvd: Mar 08, 2018
                              Form ID: def011         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.
db           +Kimberly Johnson,    579 County Road 814,    Flat Rock, AL 35966-4282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:
              John C. Larsen    on behalf of Debtor Kimberly  Johnson john@jlarsenlaw.com, lori@jlarsenlaw.com
              Michele T. Hatcher    ecf@ch13decatur.com, michele.hatcher@ch13decatur.com
                                                                                              TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 18–80680–CRJ13 |
| Kimberly Johnson | Chapter 13 |
| SSN: xxx–xx–0063 | |

**Debtor(s)**

## ORDER REGARDING DEFICIENT FILING

Pursuant to Federal Rule of Bankruptcy Procedure 1007, the above styled Debtor(s) shall correct and file all proper schedules within fourteen (14) days from the filing date of the Debtor(s) petition. Failure to file the document(s) within 14 days of the filing of the petition is a violation of 11 U.S.C. § 521. If all deficiencies as marked are not corrected, the above styled case will be DISMISSED unless the Debtor(s) file a Motion, pursuant to Federal Rule of Bankruptcy Procedure 1007(c), requesting an extension for cause shown of the time to file the document(s). A Motion requesting an extension must also be filed within 14 days from the filing date of the Debtor(s) petition.

- ☐ Petition Pages (Form 1 – 8 pages)
- ☑ Summary of Your Assets and Liabilities and Certain Statistical Information – Individual
- ☐ Summary of Your Assets and Liabilities – Non–Individual
- ☑ Schedules A–J
- ☑ Declaration of Schedules
- ☑ Statement of Financial Affairs
- ☑ Attorney's Disclosure of Compensation (Form 2030)
- ☑ Chapter 13 Plan – Attorney or pro se debtor responsible for service to all creditors
- ☑ Certificate of Credit Counseling
- ☐ Debt Repayment Plan (if applicable)
- ☑ Means Test (Official Form 122A–1, 122A–1Supp, 122A–2, 122B, 122C–1, or 122C–2)
- ☐ Certification of Post Petition Rent
- ☑ Employee Income Records
- ☑ Other: Social Security Form B121

IT IS SO ORDERED March 8, 2018.

/s/ Clifton R. Jessup Jr.
United States Bankruptcy Judge