In re:                                                                  Case No. 18-80680-CRJ
Kimberly Johnson                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-8         User: rleatherw           Page 1 of 1              Date Rcvd: Mar 21, 2018
                             Form ID: 309I             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2018.
```
db            +Kimberly Johnson,    579 County Road 814,    Flat Rock, AL 35966-4282
tr            +Michele T. Hatcher,    Chapter 13 Trustee,    P.O. Box 2388,    Decatur, AL 35602-2388
9674899       +Cash Express, LLC,    345 South Jefferson Avenue, Suite 300,    Cookeville, TN 38501-3456
9677814       +Complete Title Pawn,    25 Main St.,    Rainsville, AL 35986-5907
9677816      ++GOLD KEY CREDIT INC,    PO BOX 15670,    BROOKSVILLE FL 34604-0122
              (address filed with court: Gold Key Credit,     P.O. Box 15670,    Brooksville, FL 34604)
9677817       +Lexington Law,    2100 Southbridge Parkway 650,    Birmingham, AL 35209-1302
9677820       +Morris & Lavette,    PO Box 11412,    Birmingham, AL 35202-1412
9677819       +Scottsboro Quick Care Clinic,    1508 South Broad St.,    Suite 200,    Scottsboro, AL 35768-2668
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: john@jlarsenlaw.com Mar 22 2018 01:52:42      John C. Larsen,    Larsen Law, P.C.,
                1733 Winchester Rd,   Huntsville, AL   35811
9661298       +EDI: CAPITALONE.COM Mar 22 2018 05:51:00      Capital One,
                Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
9661297       +E-mail/Text: paulab@eva-bank.com Mar 22 2018 01:56:07      Evabank,    1710 Cherokee Ave Sw,
                Cullman, AL 35055-5333
9677815       +E-mail/Text: LAURA.TERRY@MYFSCU.COM Mar 22 2018 01:56:27      Family Security Credit Union,
                2204 Family Security Plaza Sw,    Decatur, AL 35603-5500
9677811        EDI: IRS.COM Mar 22 2018 05:54:00      Internal Revenue Service,    P.O Box 7346,
                Philadelphia, PA 19101-7346
9677818        E-mail/Text: helen.ledford@nrsagency.com Mar 22 2018 01:56:39      Nationwide Recovery Service,
                PO Box 8005,    Cleveland, TN 37320-8005
9677812        EDI: ALDEPREV.COM Mar 22 2018 05:28:00      State of Alabama,    Legal Division,    P.O Box 320001,
                Montgomery, AL 36132-0001
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9677813*      +Cash Express, LLC,    345 South Jefferson Ave,    Suite 300,    Cookeville, TN 38501-3456
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2018 at the address(es) listed below:
```
              John C. Larsen    on behalf of Debtor Kimberly  Johnson john@jlarsenlaw.com, lori@jlarsenlaw.com
              Michele T. Hatcher    ecf@ch13decatur.com, michele.hatcher@ch13decatur.com
                                                                                             TOTAL: 2
```

| | | Social Security number or ITIN xxx–xx–0063 |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Kimberly Johnson** | EIN _ _–_ _ _ _ _ _ _ |
| | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| UNITED STATES BANKRUPTCY COURT   NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION | | Date case filed for chapter  13   3/7/18 |
| Case number:   18–80680–CRJ13 | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case    AMENDED: To serve additional creditors and Notice Confirmation Hearing    12/17

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kimberly Johnson | |
| 2. | **All other names used in the last 8 years** | aka Kim Adkins | |
| 3. | **Address** | 579 County Road 814<br>Flat Rock, AL 35966 | |
| 4. | **Debtor's attorney**<br>Name and address | John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811 | Contact phone 256 859–3008<br>Email:  john@jlarsenlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Michele T. Hatcher<br>Chapter 13 Trustee<br>P.O. Box 2388<br>Decatur, AL 35602 | Contact phone 256–350–0442 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602 | Hours open:<br>8:00 a.m. – 4:00 p.m. Monday–Friday<br>Contact phone 256–584–7900<br>Date: 3/21/18 |

For more information, see page 2 >

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 10, 2018 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Madison County Courthouse, 3rd Floor, Room 327, 100 Northside Square, Huntsville, AL 35801** |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/11/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/16/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/4/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Claims can be filed electronically through the court's website at: www.alnb.uscourts.gov/electronic–proof–claim.<br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/7/18** at **10:00 AM** , Location: **Federal Building, Cain St Entrance, 3rd Floor Courtroom, Decatur, AL 35601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |