# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

In the Matter of:

| | |
|---|---|
| Kimberly Johnson } | **Case No: 18-80680-CRJ13** |
| SSN: XXX-XX-0063 } | |
| DEBTOR(S). } | |
| } | |
| } | |

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #30; Trustee's Amended Motion to Dismiss Case |
| **Date and Time:** | Monday, June 04, 2018 10:00 AM |
| **Appearances:** | n/a |
| **Courtroom Deputy:** | MeShae Bogue |
| **Presiding Judge:** | CLIFTON R. JESSUP JR. |
| **Court Notes:** | Order Approving Motion To Continue Confirmation Hearing entered on 6/1/18. The Confirmation Hearing and Trustee's Amended Motion to Dismiss are continued to 7/9/18 at 10:00 a.m., 3rd Floor Courtroom, Decatur, Alabama. |

Date Prepared:06/01/2018