```
                          United States Bankruptcy Court
                          Northern District of Alabama
```

In re:                                                         Case No. 18-80680-CRJ
Kimberly Johnson                                               Chapter 13
      Debtor
## CERTIFICATE OF NOTICE

District/off: 1126-8          User: mbogue          Page 1 of 1          Date Rcvd: Jun 01, 2018
                              Form ID: pdfall       Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2018.
db             +Kimberly Johnson,    579 County Road 814,    Flat Rock, AL 35966-4282
9674899        +Cash Express, LLC,    345 South Jefferson Avenue, Suite 300,    Cookeville, TN 38501-3456
9677814        +Complete Title Pawn,    25 Main St.,    Rainsville, AL 35986-5907
9677816       ++GOLD KEY CREDIT INC,    PO BOX 15670,    BROOKSVILLE FL 34604-0122
               (address filed with court: Gold Key Credit,    P.O. Box 15670,    Brooksville, FL 34604)
9677817        +Lexington Law,    2100 Southbridge Parkway 650,    Birmingham, AL 35209-1302
9677820        +Morris & Lavette,    PO Box 11412,    Birmingham, AL 35202-1412
9677819        +Scottsboro Quick Care Clinic,    1508 South Broad St.,    Suite 200,    Scottsboro, AL 35768-2668
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9661298        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 02 2018 02:50:21      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
9661297        +E-mail/Text: paulab@eva-bank.com Jun 02 2018 02:58:59       Evabank,    1710 Cherokee Ave Sw,
                 Cullman, AL 35055-5333
9677815        +E-mail/Text: LAURA.TERRY@MYFSCU.COM Jun 02 2018 02:59:26       Family Security Credit Union,
                 2204 Family Security Plaza Sw,    Decatur, AL 35603-5500
9677811         E-mail/Text: cio.bncmail@irs.gov Jun 02 2018 02:54:41       Internal Revenue Service,
                 P.O Box 7346,    Philadelphia, PA 19101-7346
9722079        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 02 2018 02:57:01       Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
9677818         E-mail/Text: helen.ledford@nrsagency.com Jun 02 2018 02:59:38       Nationwide Recovery Service,
                 PO Box 8005,    Cleveland, TN 37320-8005
9677812         E-mail/Text: bankruptcy@revenue.alabama.gov Jun 02 2018 02:59:10       State of Alabama,
                 Legal Division,    P.O Box 320001,    Montgomery, AL 36132-0001
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9677813*       +Cash Express, LLC,    345 South Jefferson Ave,    Suite 300,    Cookeville, TN 38501-3456
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2018 at the address(es) listed below:
              John C. Larsen    on behalf of Debtor Kimberly  Johnson john@jlarsenlaw.com,  lori@jlarsenlaw.com
              John C. Larsen    on behalf of Plaintiff Kimberly  Johnson john@jlarsenlaw.com,
               lori@jlarsenlaw.com
              Michele T. Hatcher    ecf@ch13decatur.com,  michele.hatcher@ch13decatur.com
                                                                                             TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In the Matter of: }
}
}
}
Kimberly Johnson } Case No. 18-80680-CRJ-13
SSN: XXX-XX-0063 }
}
} Chapter 13
}
}
Debtor(s) }
}
}

ORDER APPROVING MOTION TO CONTINUE

This matter came before the Court on the following:

Motion by Debtor(s) to Continue Confirmation Hearing.

The Court having considered the Motion, it is therefore ORDERED, ADJUDGED and DECREED

The Motion by Debtor(s) to Continue Confirmation Hearing is hereby APPROVED. The Confirmation Hearing and Trustee's Amended Motion to Dismiss will be held on July 9, 2018, at 10:00 AM at the Federal Building, Cain Street Entrance, 3rd Floor Courtroom, Decatur, AL 35601.

Dated this the 1st day of June, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge