# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

IN THE MATTER OF:

Kimberly Johnson                      CASE NO. 18-80680-CRJ-13

                                     CHAPTER 13

SSN XXX-XX-0063

                 DEBTOR

**AMENDED TRUSTEE'S MOTION TO DISMISS**

COMES NOW, Michele T. Hatcher, the Trustee in the above styled case, and states:

1) The Debtor filed for relief under Chapter 13 of the U.S. Bankruptcy Code on March 7, 2018 with the first plan payment due April 6, 2018. The Debtor failed to continue plan payments and is currently in default $434 through June 2018.

WHEREFORE, the Trustee moves that the subject case be dismissed.

Done this 22nd day of June, 2018.

                                             /s/ Michele T. Hatcher
                                             Michele T. Hatcher, Trustee
                                             P.O. Box 2388
                                             Decatur, AL 35602-2388
                                             256-350-0442

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2018, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4 of the Court's Administrative Procedures.

Kimberly Johnson

579 County Road 814
Flat Rock, AL  35966

JOHN C LARSEN
LARSEN LAW PC
1733 WINCHESTER ROAD
HUNTSVILLE, AL  35811

/s/ Michele T. Hatcher
Michele T. Hatcher, Trustee